# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL MARKS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HERAEUS PRECIOUS METALS NORTH AMERICA LLC; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-08423-ODW (MRW)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

　　In light of the Notice of Settlement (ECF No. 57), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than December 4, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　**IT IS SO ORDERED.**

　　September 24, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**